IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY AROCHA,

      Plaintiff,                    No. CIV S-07-0298 LKK KJM P

   vs.

DIRECTOR, CDCR, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  In the body of the complaint, he notes that he has filed an emergency grievance concerning the matters raised in his lawsuit, but that the grievance process has not been completed.

        The Prison Litigation Reform Act (PLRA) provides that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, . . . until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  The grievance process must be completed before the inmate files suit; exhaustion during the pendency of the litigation will not save an action from dismissal. McKinney v. Carey, 311 F.3d 1198, 1200 (9th Cir. 2002).  A prisoner's concession of failure to exhaust is a proper basis for dismissal.  Wyatt

/////

1

Case 2:07-cv-00298-LKK-KJM   Document 5   Filed 05/30/07   Page 2 of 2

v. Terhune, 315 F.3d 1108, 1119 (9th Cir. 2003).  Plaintiff's concession that he has not completed the grievance process means that the action must be dismissed.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  May 29, 2007.

_____
U.S. MAGISTRATE JUDGE

aroc0298.56

2